UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY P. COFFEY,

                Plaintiff,

-against-

GURU SWITZOOR a/k/a GURU PRAKASH RAJA, SHOBANA JANAHARAJA, and SRI CONSTRUCTION, LLC,

                Defendants.
------------------------------------------------------------X

Case No.: 2:23-cv-00682-GRB-AYS

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

**PLEASE TAKE NOTICE** that, pursuant to Rule 55 of the Federal Rules of Civil Procedure ("FRCP") and Rule 55.2(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Local Rules"), and upon the Declaration of Jack S. Dweck dated March 14, 2023, the Plaintiff Timothy P. Coffey will move this Court on the 22nd day of March 2023 for the entry of a default judgment against the Defendants Guru Switzoor a/k/a Guru Prakash Raja, Shobana Janaharaja, and SRI Construction, LLC. Attached herewith is the Clerk's Certificate of Default, a Declaration by the undersigned, the Summons and Complaint and exhibits attached thereto, and a proposed form of default judgment.

Dated: New York, New York
        March 14, 2023

                                            **THE DWECK LAW FIRM, LLP**
                                            *Attorneys for the Plaintiff*

                                            By: _____
                                                  Jack S. Dweck (0659)
                                                  Rourke T. Feinberg (1746)
                                           1 Rockefeller Plaza, Suite 1712
                                           New York, New York 10020
                                           T: (212) 687-8200
                                           E: jsd@dwecklaw.com
                                           E: rourkefeinberg@dwecklaw.com

TO: Guru Switzoor a/k/a Guru Prakash Raja,
Individually and as sole owner of SRI Construction, LLC,
and Shobana Janaharaja
16 Marion Street
Edison, New Jersey 08820